United States District Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

═══════════════

No. 3:23-cv-369

═══════════════

BRIAN LOUIS TAYLOR, SPN #403398, PLAINTIFF,

v.

COURT APPOINTED LAWYERS OF GALVESTON COUNTY, DEFENDANT.

═══════════════════════════════════════════

## ORDER OF DISMISSAL

═══════════════════════════════════════════

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

Plaintiff Brian Louis Taylor, representing himself, filed a prisoner's civil-rights complaint under 42 U.S.C. § 1983. On November 15, 2023, the Clerk's Office entered a notice of deficient pleading instructing Taylor to pay the filing fee or file an application for leave to proceed without prepayment of fees accompanied by a certified statement of his inmate trust account within 30 days. Dkt. 3. The notice of deficient pleading was returned as undeliverable, stating that Taylor was longer at the jail.[1] Taylor has not provided the court with a change of address, as required by Rule 83.4 of the Local Rules for the Southern District of Texas. Under that rule, a self-represented litigant is responsible for keeping the Clerk advised in writing of

---

[1] A public search of online jail records confirm that Taylor is not being held at the jail.

his current address.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is appropriate based on Taylor's failure to provide an updated address in compliance with Local Rule 83.4 and his failure to comply with the Clerk's Notice of Deficient Pleadings. *See* Fed. R. Civ. P. 41(b); *Gates v. Strain*, 885 F.3d 874, 883 (5th Cir. 2018) (explaining that a district court may dismiss an action *sua sponte* for failure to prosecute); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (explaining that a district court may dismiss an action *sua sponte* for failure to comply with court orders). Taylor is advised that he may obtain relief from this order if he makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. At a minimum, a proper showing under Rule 60(b) includes payment of the filing fee or submission of an application for leave to proceed without prepayment of fees accompanied by a certified statement of his inmate trust account, and updating his address.

The court **ORDERS** that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk shall provide a copy of this order to the plaintiff.

Signed on Galveston Island this  7th   day of   December         , 2023.

                                          JEFFREY VINCENT BROWN
                                        UNITED STATES DISTRICT JUDGE